UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DEAN HERSEY EL BEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN NORDEN, et al.,<br><br>　　　　Defendants. | Case No. 3:23-cv-00108-WHO<br><br>**ORDER AFFIRMING REPORT AND RECOMMENDATION AND ADOPTING IT IN FULL**<br><br>Re: Dkt. Nos. 15, 24 |

On April 24, 2024, Magistrate Judge Alex Tse issued a Report and Recommendation, recommending that plaintiff John Norden's claims arising from the towing and impounding of his vehicle on or about September 6, 2022, be dismissed without leave to amend. Dkt. No. 24. The deadline for objections has passed and none was filed.

Having reviewed the record in this case, I agree with Judge Tse's Report and Recommendation and adopt it in full. Plaintiff was given several opportunities to allege claims regarding the towing and impounding of his vehicle but failed to do so. He was also given multiple opportunities to respond to defendants' motion to dismiss but failed to file a substantive response. Dkt. No. 24 at 4, 5.

For the reasons discussed by Judge Tse, defendants' motion to dismiss is GRANTED and this case is DISMISSED without leave to amend but without prejudice.[1] The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: June 4, 2024

William H. Orrick
United States District Judge

---

[1] For clarity, this Order is limited to plaintiff's "vehicle-related" claims and does not address the claims plaintiff attempted to add to this case without leave or the claims plaintiff raises in Case No. 23-cv-00107-JSC.